UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| George D. Hall, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| Carolyn W. Colvin, ) | |
| *Acting Commissioner of Social Security,* ) | 7:14-CV-153-BO |
| ) | |
| Defendants. ) | |
| ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for judgment on the pleadings [DE 14] is GRANTED and defendant's motion for judgment on the pleadings [DE 19] is DENIED. The decision of the ALJ is REMANDED to the Acting Commissioner for further proceedings consistent with the foregoing.

**This judgment filed and entered on June 9, 2015, and served on:**

Laurie Lynn Janus (via CM/ECF Notice of Electronic Filing)
Jeannette M. Mandycz (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

June 9, 2015

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk